# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 7, 2013

## NO.  03-12-00822-CV

**Robert Goepp, Applicant for Guardian of the Person and Estate of lraida Goepp, Appellant**

**v.**

**Debbie Pearson as Guardian of the Person of lraida Goepp; John Crane as Guardian of the Estate of Iraida Goepp; Myra Goepp, and Heidi Goepp-Schurman, Appellees**

### APPEAL FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON AND ROSE
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE PEMBERTON

**THIS DAY** came on to be submitted to this Court appellant's motion to dismiss the appeal in the above cause, and the Court having fully considered said motion, and being of the opinion that same should be granted:  **IT IS THEREFORE** considered, adjudged and ordered that said motion is granted, and that the appeal is dismissed.  It is **FURTHER** ordered that the appellant pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.